1116

[No. 38805-3-I.    Division One.    July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME
CONCHA MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00446-1, Michael Hayden, J., entered
June 14, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 38894-1-I.    Division One.    July 28, 1997.]

*In the Matter of the Marriage of* LEROY
COUNTRYMAN, JR., *Appellant* and RONDA L.
COUNTRYMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-3-02604-6, Arden Beldle, J. Pro
Tem., entered May 23, 1997. *Affirmed* by unpublished per
curiam opinion.

[No. 38917-3-I.    Division One.    July 28, 1997.]

TOM M. YONEMURA, ET AL., *Appellants*, v. GARY B.
DOBBAS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-29602-5, Faith Enyeart Ireland, J.,
entered May 30, 1996. *Affirmed in part* and *remanded* by
unpublished opinion per Agid, J., concurred in by Grosse
and Cox, JJ.

[No. 38921-1-I.    Division One.    July 28, 1997.]

C. DEAN STREET, ET AL., *Appellants*, v. PATRICK H.
BODEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-33519-7, Robert S. Lasnik, J., entered
June 20 and August 23, 1996. *Affirmed* by unpublished
opinion per Ellington, J., concurred in by Grosse and Agid,
JJ.